UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

MAGISTRATE NO. 3:09MJ89

| | |
|---|---|
| In re Matter of Seizure of All funds, financial instruments and other items of monetary value in Safety Deposit Box # 546, held in the name of or controlled by Elizabeth Lopez, at a Wachovia Bank branch at 2821 Pineville-Mathews Road, Charlotte, North Carolina. ) ) ) ) ) ) ) ) | **ORDER CORRECTING CLERICAL ERROR IN SEIZURE WARRANT** |

IT IS HEREBY ORDERED that, based upon the reasons set forth in the United States' Motion to Correct Clerical Error in Seizure Warrant, the seizure warrant in the above captioned case is amended to reflect the actual date of issuance of March 18, 2009.

This the 30th day of March 2009

_____
United States Magistrate Judge